MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| TARAH DIANE PACK, | Case No.: 1:17-cv-01004-GSA |
| Plaintiff, | STIPULATION ORDER FOR EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from April 25, 2018 to May 25, 2018, for Defendant to respond to Plaintiff's Opening Brief in this case. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension. Defendant respectfully submits that good cause exists for the requested extension because Defendant's counsel requires additional time to review the record, to evaluate the issues raised in Plaintiff's Brief, to determine whether

Stipulation & PO
1:17-cv-01004-GSA

options exist for settlement, to prepare Defendant's response to Plaintiff's Brief if settlement is not possible, and to accommodate other workload demands. Plaintiff does not oppose Defendant's request for an extension of time.

                          Respectfully submitted,

Dated: April 20, 2018         LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Lawrence D. Rohlfing*\*
LAWRENCE D. ROHLFING
Attorneys for Plaintiff
[*As authorized by e-mail on April 19, 2018]

Dated: April 23, 2018         MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

     Pursuant to the parties' stipulation (Doc. 14), Defendant shall file her Opposition no later than **May 25, 2018**. Any Reply shall be filed within fifteen (15) days of the filing of the Opposition.

IT IS SO ORDERED.

   Dated: **April 23, 2018**            **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

Stipulation & PO
1:17-cv-01004-GSA